NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNITED STATES,**
*Plaintiff-Appellee,*

v.

**JOSEPH P. SCHIAFFINO,**
*Defendant-Appellant.*

---

2009-1464

---

Appeal from the United States District Court for the Eastern District of Pennsylvania in case no. 07-CV-2194, Senior Judge Robert F. Kelly.

---

## ON MOTION

---

Before LOURIE, FRIEDMAN, and GAJARSA, *Circuit Judges.*

PER CURIAM.

## O R D E R

Joseph P. Schiaffino moves to amend this court's order transferring Schiaffino's appeal to the United States Court of Appeals for the Third Circuit.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that the last textual sentence of the transfer order is deleted.

FOR THE COURT

__MAY 1 9 2010__
        Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Joseph P. Schiaffino
    Laurie A. Snyder, Esq.
    Clerk, United States Court of Appeals for the Third Circuit

s20

**FILED**
**U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

MAY 1 9 2010

**JAN HORBALY**
**CLERK**